MARIE DAHLGREN, Appellant, HAROLD DAHLGREN, Plaintiff, v. HENRY JARDNER, Respondent, and Others, Defendants.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Hagarty, Carswell, Adel, Taylor and Close, JJ.

HERBERT J. DAVID, Respondent, v. GUS GOLDSTEIN and Another, Appellants.— Motion for leave to appeal to the Appellate Division granted. Motion for stay granted. Present — Hagarty, Carswell, Adel, Taylor and Close, JJ.

SUE DUBESHTER, Doing Business as Speed Oil Service, Respondent, v. LIFE-LUBE OIL CORP. and Others, Appellants, and Another, Defendant.— Motion for resettlement of order denied, without costs. We do not pass upon the validity of the judgment of dismissal of the first three causes of action which was entered in the absence of an order of severance. Present — Hagarty, Carswell, Adel, Taylor and Close, JJ.

ROBERT G. ELBERT, Appellant, v. VILLAGE OF NORTH HILLS, HENRY M. MINTON, as Mayor of the Village of North Hills, and JOSEPH P. GRACE and Others, as the Board of Trustees of the Village of North Hills, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Carswell, Adel, Taylor and Close, JJ.

SADIE FLEISCHER, Appellant, v. FARMERS ESTATES CORPORATION, Respondent, and G. CARLTON WALTERS, Defendant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Carswell, Adel, Taylor and Close, JJ.

MURRAY A. FRANK, Appellant, v. JOSEPH G. PAPA, as President of Commission Drivers and Chauffeurs Union, Local 202, of the International Brotherhood of Teamsters, Chauffeurs, Stablemen and Helpers, Respondent.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Carswell, Adel, Taylor and Close, JJ.

MURRAY A. FRANK, Appellant, v. JOSEPH G. PAPA, as President of Commission Drivers and Chauffeurs Union, Local 202, of the International Brotherhood of Teamsters, Chauffeurs, Stablemen and Helpers, Respondent.— Motion for reargument denied, without costs. Present — Hagarty, Carswell, Adel, Taylor and Close, JJ.

ELIZABETH A. FRENCH, Appellant, v. THE KENSICO CEMETERY, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Carswell, Adel, Taylor and Close, JJ.

LILLIAN N. GLASER, Appellant, v. PHILIP F. GLASER, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Carswell, Adel, Taylor and Close, JJ.

MILTON GLASSER, Respondent, v. THE TRAVELERS INSURANCE COMPANY, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Hagarty, Carswell, Adel, Taylor and Close, JJ.

LOUIS HOFFERMAN, Respondent, v. MAURICE SIMMONS, as Property Clerk of the Police Department of the City of New York, Appellant.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 884.] Present — Hagarty, Carswell, Adel, Taylor and Close, JJ. [See 265 App. Div. 935.]

EDWARD P. HOLLAND, Respondent, v. PAUL A. BANKSON as City Manager of the City of New Rochelle and Acting Director of the Department of Public Safety, and Others, Appellants.— Motion for leave to appeal to the Court of Appeals